**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE: DAVID G. RASCH                                CASE NO: 04-13282

DEBTOR(S)                                            CHAPTER 13 CASE

**MOTION BY TRUSTEE TO DEPOSIT**
**FUNDS INTO THE TREASURY**

     NOW COMES Annette C. Crawford, trustee herein, who respectfully moves this Honorable Court for an order permitting her to deposit into the Treasury of the United States, pursuant to 28 U.S.C. 2041, the sum of $ 3,393.70 representing funds assigned to Hibernia, a secured claim in the above-named debtor(s) bankruptcy. The Trustee attempted to send the funds to the creditor; however, the check was returned with notation "not deliverable as addressed; unable to forward."

Dated: October 16, 2009

                                                  s/Annette C. Crawford
                                                  Annette C. Crawford
                                                  Chapter 13 Standing Trustee
                                                  8778 Goodwood Blvd.
                                                  Baton Rouge, LA 70806
                                                  (225) 928-2531